UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ST. ANDRE,<br><br>　　　　　Defendant(s). | Case No. 2:23-cv-03346-PA-MAR<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's motions to consolidate (ECF Docket No. ("Dkt.") 157 in Martirosyan v. Baries, No. 2:21-cv-6433, and Dkt. 42 in Maritorysan v. St. Andre, No. 2:23-cv-3346) are **GRANTED**, with the consolidated case entitled as "Rafael Martirosyan v. Baries et al" and bearing the case number of the earliest filed case, 2:21-cv-6433-PA (MAR);

1  (2) the Motions to Dismiss the non-operative <u>Baries</u> Second Amended Complaint (Dkts. 77, 81, and 112 in <u>Baries</u>, No. 2:21-cv-6433) are **DENIED** as moot;

(3) the first Motion to Dismiss the operative <u>Baries</u> Third Amended Complaint (Dkt. 141 in <u>Baries</u>, No. 2:21-cv-6433) is **GRANTED** with respect to Claims Four, Six, Eight, Eleven, Twelve, and Thirteen (equal protection, due process, and access to courts claims);

(4) the first Motion to Dismiss the <u>Baries</u> Third Amended Complaint (Dkt. 141 in <u>Baries</u>, No. 2:21-cv-6433) is **GRANTED** with respect to Claim Five (<u>Monell</u> claim) against the City, Defendant Garcetti, and Villanueva in his official capacity only;

(5) the first Motion to Dismiss the <u>Baries</u> Third Amended Complaint (Dkt. 141 in <u>Baries</u>, No. 2:21-cv-6433) is **DENIED** in all other respects;

(6) the second Motion to Dismiss the <u>Baries</u> Third Amended Complaint (Dkt. 161 in <u>Baries</u>, No. 2:21-cv-6433) is **DENIED**;

(7) the County Defendants' Motion to Dismiss the operative <u>St. Andre</u> Compl. (Dkt. 28 in <u>St. Andre</u>, No. 2:23-cv-3346) is **DENIED** with respect to Claim Three (retaliation) against Defedant Erzkin;

(8) the County Defendants' Motion to Dismiss the <u>St. Andre</u> Compl. (Dkt. 28 in <u>St. Andre</u>, No. 2:23-cv-3346) is **GRANTED** in all other respects;

(9) the CDCR Defendants' Motion to Dismiss the St. Andre Compl. (Dkt. 21 in <u>St. Andre</u>, No. 2:23-cv-3346) is **GRANTED**; and

(10) the City, Garcetti, the CDCR Defendants, John Doe 1, John Doe 2, LASD, Mabee, and Valdez are **TERMINATED** as Defendants.

Pursuant to this order, the remaining Defendants in the single consolidated action are be the County and individual County Defendants Baries, Sylva, Hayley,

1  Mancilla, Becerra, Bernard, Ramos, Villanueva, and Erzkin, all in their individual
2  capacities.  The remaining claims are:
3      (1)    a First Amendment claim against Erzkin (as outlined in Claim Three in the
4              St. Andre Compl.) and against Hayley, Baries, Sylva, and Ramos (as outlined
5              in Claims Three and Nine in the Baries Third Amended Complaint);
6      (2)    an Eighth Amendment claim against Hayley, Baries, Sylva, Beccerra,
7              Bernard, Ramos, Mancilla, and Villanueva (as outlined in Claims One, Two,
8              Five, Seven, and Ten in the Baries Third Amended Complaint); and
9      (3)    an Eighth Amendment Monell claim against the County (as outlined in
10             Claim Five of the Baries Third Amended Complaint).

12  Dated:  June 30, 2024

                              PERCY ANDERSON
                              United States District Judge